■ HAZEL F. BITTSON, Appellant, v. ANTHONY J. BITTSON, Respondent; LOUIS M. WOLF, Custodian-Receiver-Respondent.— Appeal from so much of an order granting the motion of the custodian-receiver for permission to enter into a contract for the sale of real property as provides that he hold the net proceeds of such sale subject to the "further order of the Court". On January 26, 1959 an order denying respondent's motion to modify a judgment of separation by eliminating the award of alimony to appellant and by directing the custodian-receiver to pay over to respondent the income from certain sequestered property was reversed by this court, and the matter was remitted to the Special Term for determination after a hearing as to the present financial circumstances of the parties and whether there was a change in circumstances since the entry of the judgment of separation (*Bittson* v. *Bittson*, 7 A D 2d 867). The order to be entered on such hearing is the "further order of the Court" referred to in the order appealed from. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy and Kleinfeld, JJ., concur; Beldock, J., not voting.

■ MARINUS BOTH, Appellant, v. ALBERT M. HYATT et al., Respondents.— In an action by the vendee named in a contract for the purchase and sale of real property for specific performance, and for other relief, the appeal is (1) from an order dismissing the amended complaint on the motion of respondent Albert M. Hyatt, by reason of appellant's failure diligently to prosecute the action (Rules Civ. Prac., rule 156), and (2) from the decision on which said order was entered. The order recites that respondent Burchetta was heard as an attorney and as a party in support of the motion. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Appeal from decision dismissed, without costs. No appeal lies from a decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ ANNA H. CHRISTENSEN et al., Respondents, v. INCORPORATED VILLAGE OF HEMPSTEAD et al., Appellants.— Appeal from a judgment entered after trial before an Official Referee, which (1) declares a local zoning ordinance unconstitutional and void with respect to respondents' real property, and (2) grants injunctive relief. Respondents' parcel is 290 feet deep, the first 100 feet of which are in a business "B" district and the remainder of which is in a residence "AA" district under the local ordinance. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.